Eastern District of Kentucky
**FILED**

**NOV 02 2017**

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| RODNEY THACKER, | No. 7:17-CV-89-KKC |
| Plaintiff | **Order** |
| vs. | |
| MMD MINERAL SIZING (AMERICA) INC., a Tennessee corp. | |
| Defendant | |

Motion being made pursuant to Fed.R.Civ.Pro. 25(a)(1) for entry of an Order substituting the Estate of Rodney Thacker as the plaintiff party herein, the Court being adequately and sufficiently advised, it is hereby **Ordered and Adjudged** that the motion is **granted** and the Estate of Rodney Thacker is substituted as the plaintiff party in this case.

Signed 11/2/2017.



Signed By:
Edward B. Atkins  *EBA*
United States Magistrate Judge

Tendered by:

BY: /s/ Robert L. Abell
COUNSEL FOR PLAINTIFF