UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **ESTATE OF RODNEY THACKER,** <br>     **Plaintiffs,** <br><br> **V.** <br><br><br> **MMD MINERAL SIZING (AMERICA), INC.,** <br>     **Defendants.** | **CIVIL NO. 7:17-89-KKC** <br><br><br> **ORDER** |

\*\*\* \*\*\* \*\*\*

This matter having come before the Court by a Stipulation of Voluntary Dismissal with prejudice [DE 16],

IT IS HEREBY ORDERED:

    1.    Pending motions in the case are hereby deemed **MOOT**.

    2.    All pending deadlines are considered **SET ASIDE.**

    3.    This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated April 24, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY